Kevin S. Sinclair, Esq., Nevada Bar No. 12277
  *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPAY,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.: 2:19-cv-00576-JCM-CWH<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-17, Asset-Backed Certificate Series 2006-17 ("Deutsche Bank"), and defendant Chicago Title Insurance Company ("Chicago Title"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Deutsche Bank filed its complaint in this matter on April 5, 2019 (ECF No. 1);

**WHEREAS**, Chicago Title was served with the summons and complaint on or about April 12, 2019;

**WHEREAS**, Chicago Title's response to the complaint is due May 3, 2019;

**WHEREAS**, Deutsche Bank has agreed to extend Chicago Title's time to respond to the

complaint to May 24, 2019; and

**WHEREAS**, this is the first stipulation for an extension of Chicago Title's time to respond to the complaint.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Chicago Title shall file its response to the complaint in this matter on or before May 24, 2019.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//



2. Chicago Title intends to preserve its right and does not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b), including with respect to whether it is subject to personal jurisdiction in this forum.

Dated this 2nd day of May 2019

                                 EARLY SULLIVAN WRIGHT
                                 GIZER & McRAE LLP

                                   */s/--Kevin S. Sinclair*
                          By:
                          Kevin S. Sinclair, Esq.
                          Nevada Bar No. 12277
                          Sophia S. Lau, Esq.
                          Nevada Bar No. 13365
                          8716 Spanish Ridge Avenue, Suite 105
                          Las Vegas, Nevada 89148

                          Attorneys for Chicago Title Insurance Company

Dated this 2nd day of May 2019        WRIGHT, FINLAY & ZAK, LLP

                          */s/--Lindsay D. Robbins*

                          By:
                          Christopher A.J. Swift, Esq.
                          Nevada Bar No. 11291
                          Lindsay D. Robbins, Esq.
                          Nevada Bar No. 13474
                          7785 W. Sahara Ave., Suite 200
                          Las Vegas, NV 89117

                          Attorneys for Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-17, Asset-Backed Certificate Series 2006-17

**ORDER**

**IT IS SO ORDERED:**

By: _____
     UNITED STATES MAGISTRATE JUDGE

Dated: May 20, 2019


EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
ATTORNEYS AT LAW
305401.3