WRIGHT, FINLAY & ZAK, LLP
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorney for Plaintiff Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-17, Asset-Backed Certificates Series 2006-17*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-17, ASSET-BACKED CERTIFICATES SERIES 2006-17, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE INSURANCE COMPANY and CHICAGO TITLE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 2:19-cv-00576-JCM-DJA <br><br> **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-17, Asset-Backed Certificates Series 2006-17 (hereinafter referred to as "Deutsche Bank"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Christopher A.J. Swift, Esq. and Matthew S. Carter, Esq. are no longer attorneys associated with Wright, Finlay & Zak, LLP. Wright Finlay & Zak, LLP will continue

///

///

to represent Deutsche Bank and requests that Lindsay D. Robbins, Esq. receive all future notices.

DATED this 29th day of January, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-17, Asset-Backed Certificates Series 2006-17*

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 29th day of January, 2020, a true and correct copy of this **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case and/or served by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
Email: ksinclair@earlysullivan.com
Email: slau@earlysullivan.com

*/s/ Faith Harris*
An Employee of WRIGHT, FINLAY & ZAK, LLP

**IT IS SO ORDERED.**

DATED: January 31, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge