1  
2  Kevin S. Sinclair, NV Bar No. 12277  
   *ksinclair@sinclairbraun.com*  
3  SINCLAIR BRAUN LLP  
   16501 Ventura Blvd, Suite 400  
4  Encino, California 91436  
   Telephone: (213) 429-6100  
5  Facsimile: (213) 429-6101  

6  Attorneys for Defendants  
   FIDELITY NATIONAL TITLE INSURANCE COMPANY  
7  AND CHICAGO TITLE INSURANCE COMPANY  

8  DESIGNATED LOCAL COUNSEL FOR SERVICE  
   OF PROCESS ONLY PER L.R. IA 11-1(b)(2)(ii)  

9  Janet Trost, Esq., State Bar No. 4072  
   501 S. Rancho Drive  
10  Suite H-56  
   Las Vegas, NV 89106  

11  

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY et al.,<br><br>    Defendants. | Case No.: 2:19-cv-00576-JCM-DJA<br><br>**MOTION TO SUBSTITUTE SINCLAIR BRAUN LLP'S DESIGNATED ATTORNEY FOR SERVICE OF PAPERS, PROCESS, OR PLEADINGS AND TO REMOVE GARY L. COMPTON, ESQ. FROM THE COURT'S E-SERVICE LIST** |

Attorney Kevin S. Sinclair of Sinclair Braun LLP ("Sinclair Braun"), who is counsel of record for Defendants Fidelity National Title Insurance Company and Chicago Title Insurance Company, is an attorney who is admitted to practice in Nevada but who does not maintain an office in Nevada. Pursuant to Local Rule IA 11-1(b)(2)(ii), Sinclair Braun had designated attorney Gary L. Compton as the Nevada attorney maintaining an office in Nevada for service of papers, process, or pleadings. Sinclair Braun wishes to designate attorney Janet Trost, Esq., whose address is 501 S. Rancho Drive, Suite H-56, Las Vegas, NV 89106, as Sinclair Braun's designated local attorney for service of papers, process, or pleadings. Defendants Fidelity National Title Insurance Company and Chicago Title Insurance Company respectfully move the



Court for an order pursuant to Local Rules IA 11-1(b) and IA 11-6 to: (1) substitute Ms. Trost for Mr. Compton Sinclair Braun's designated attorney maintaining an office in Nevada for service of papers, process, or pleadings, and (2) remove Mr. Compton from the Court's electronic service list in this matter.

Dated:  November 23, 2022                         SINCLAIR BRAUN LLP


By:   /s/-Kevin S. Sinclair
     KEVIN S. SINCLAIR
     Attorneys for Defendants
     FIDELITY NATIONAL TITLE INSURANCE
     COMPANY AND CHICAGO TITLE
     INSURANCE COMPANY

**ORDER**

Having reviewed Defendants' motion to substitute (ECF No. 31), the Court notes that Gary L. Compton - the attorney for whom Defendants wish to substitute Janet Trost for service of papers, process, and pleadings  - is not listed on the electronic service list or on the docket in this matter. As a result, the Court cannot grant Defendants' request to have Mr. Compton removed from the service list.  However, the Court finds that Defendants have otherwise met the LR IA 11-1(b) requirements to substitute Ms. Trost for Mr. Compton.  **IT IS THEREFORE ORDERED** that the motion (ECF No. 31) is **DENIED IN PART and GRANTED IN PART**.

DATED this 29th day of November 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

