**SAO**
WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-17, Asset-Backed Certificates Series 2006-17*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-17, ASSET-BACKED CERTIFICATES SERIES 2006-17,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:19-cv-00576-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-17, Asset-Backed Certificates Series 2006-17 and Defendants, Fidelity National Title Insurance Company and Chicago Title Insurance Company (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

1
2   **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed
3   WITH PREJUDICE, with each party to bear its own fees and costs.

4   DATED this 31st day of July, 2023.    DATED this 31st day of July, 2023.

5   WRIGHT, FINLAY & ZAK, LLP    SINCLAIR BRAUN LLP
6

7   */s/ Lindsay D. Dragon*    */s/ Kevin S. Sinclair*
8   Lindsay D. Dragon, Esq.    Kevin S. Sinclair, Esq.
    Nevada Bar No. 13474    Nevada Bar No. 12277
9   7785 W. Sahara Ave., Suite 200    16501 Ventura Boulevard, Suite 400
    Las Vegas, NV 89117    Encino, CA 91436
10  *Attorney for Plaintiff, Deutsche Bank*    *Attorneys for Defendants, Fidelity National*
11  *National Trust Company, as Trustee for*    *Title Insurance Company and Chicago Title*
    *GSAA Home Equity Trust 2006-17, Asset-*    *Insurance Company*
12  *Backed Certificates Series 2006-17*

13
14
15
16
       **IT IS SO ORDERED.**
17
18     DATED: August 2, 2023    _____
19                              U.S. DISTRICT JUDGE
20
21
22
23
24
25
26
27
28